IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HEIDI L. ANDERSON** | ) | **CASE NO. 4:09CV3077** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief (Filing No. 11). The Defendant requests that its deadline to respond be extended to October 8, 2009, so that the Defendant can fully respond to all of the issues raised in the Plaintiff's brief (Filing No. 9). Plaintiff does not oppose this motion. The Court finds this Motion should be granted.

IT IS ORDERED:

1. Defendant's Motion to Extend Time to Respond to Plaintiff's Brief (Filing No.11) is granted;

2. The Defendant shall file its brief in response on or before October 8, 2009; and

3. The case shall be ripe for decision on October 9, 2009.

Dated this 4th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge