IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEIDI L. ANDERSON | ) | CASE NO. 4:09CV3077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, as | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons provided in the Memorandum and Order filed today,

IT IS ORDERED:

1. The decision of the Commissioner is affirmed;

2. The appeal is denied; and

3. Judgment is entered in favor of the Defendant Commissioner of Social Security and against the Plaintiff, Heidi L. Anderson.

DATED this 2rd day of March, 2010.

        BY THE COURT:

        S/Laurie Smith Camp
        United States District Judge